**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                        No. 4:11CR00156-12 JLH

PAUL RANDALL HUSSEY

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, Paul Randall Hussey's motion

to vacate, set aside, or correct his sentence is denied.  No certificate of appealability will be issued.

IT IS SO ORDERED this 18th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE