**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:11CR00156-12 JLH | |
| PAUL RANDALL HUSSEY | | DEFENDANT |

**ORDER**

The motion to appoint counsel for Paul Randall Hussey is GRANTED. Document #802. Federal Public Defender Kim Driggers is hereby appointed to represent Hussey. The motion to hold the section 2255 petition in abeyance is GRANTED. Document #804. The petition is held in abeyance pending a decision by the United States Court of Appeals for the Eighth Circuit as to whether Hussey will be permitted to file a second or successive petition. The Court directs Hussey's attorney to notify this Court promptly after receiving a decision from the Eighth Circuit.

IT IS SO ORDERED this 30th day of June, 2016.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE